IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; ROBERT KUYKENDALL, RICHARD A. REAM, BRUCE JOHANNESSON, and BRET M. SYCHAK, a partnership d/b/a Cyanide Publishing; STEPHEN PEARCY, ROBBIN LANTZ CROSBY, JUAN CARLOS CROUCIER, WARREN DEMARTINI, and ROBERT JOHN BLOTZER, a partnership d/b/a Ratt Music; MARSHALL BERLE d/b/a Time Coast Music; RIGHTSONG MUSIC, INC.; EMI VIRGIN SONGS, INC.; JOHN PATRICK OSWALD a/k/a Jani Lane d/b/a Laney Jane Music; JERRY LAWRENCE DIXON d/b/a Dixonyou Music; ERIC BENJAMIN TURNER d/b/a Eric Turner Music; JOSEPH ALLEN CAGLE a/k/a Joey Allen d/b/a Rich Mcbitch Music; STEVEN J. CHAMBERLIN a/k/a Steven Sweet d/b/a Great Lips Music<br><br>v.<br><br>CTM, INC. d/b/a Wall Street; and MARVIN L HIGHFILL, JR. | No. 3-09-1087 |

O R D E R

On December 16, 2009, the parties filed a stipulation of dismissal (Docket Entry No. 8).

As a result, the initial case management conference, scheduled on December 21, 2009, is CANCELLED.

In accord with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, no further action on the part of the Court is required. Therefore, this case is DISMISSED with prejudice and the Clerk is directed to close this case on the records of the Court.

There will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge